**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 8, 2012

No. 12-40362
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

FRANCESK SHKAMBI, also known as Cesk,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:09-CR-193-5

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Francesk Shkambi appeals the district court's order denying him release pending trial. Shkambi is charged with conspiring to distribute or to possess with the intent to distribute cocaine, heroin, marijuana, or ecstacy, in violation of 21 U.S.C. §§ 841 and 846. He contends that he is not a flight risk or a danger to the community.

Shkambi is proceeding pro se, although the record shows that he is represented by counsel. We do not permit hybrid representation. *United States*

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-40362

*v. Ogbonna*, 184 F.3d 447, 449 & n.1 (5th Cir. 1999); 5TH CIR. R. 28.6.  Further, the record evidence support's the district court's determination that no conditions exist that would reasonably assure Shkambi's appearance and the safety of the community were he to be released pending trial.  *See* 18 U.S.C. § 3142.  The district court did not abuse its discretion by denying Shkambi release pending trial.  *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992); *United States v. Hare*, 873 F.2d 796, 798-99 (5th Cir. 1989).

AFFIRMED.